UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ROYCE CORLEY, :
:
                           Plaintiff, :       <u>ORDER</u>
:        14-CV-925 (NGG) (SMG)
   -against- :
:
UNITED STATES OF AMERICA, et al. :
:
                        Defendants. :
-----------------------------------------------------------------------x
GOLD, STEVEN M., U.S.M.J.:

      During a conference held on January 29, 2015, I partially granted a motion for sanctions filed by plaintiff on January 5, 2015, by directing defendants to produce certain discovery. At that time, I also ordered supplemental submissions in connection with the sanctions motion, and indicated I would then render a decision. *See* Docket Entry 68 (Minute Entry and Order); Docket Entry 63 (Motion for Sanctions).

      During a conference held on November 9, 2016, plaintiff reminded the Court that the sanctions motion, to the extent it was not decided during the conference on January 29, 2015, remained pending. I have reviewed defendants' declaration in further opposition to plaintiff's sanctions motion, Docket Entry 70, and plaintiff's responsive affirmation, Docket Entry 71. I see no basis for concluding that defendants have failed to comply with their discovery obligations in good faith or that there is any other basis for imposing sanctions. If additional support for plaintiff's motion is developed as discovery continues, plaintiff may renew his motion. Plaintiff's motion for sanction is denied in all respects except those granted in Docket Entry 68.

      The Court will provide plaintiff, who is incarcerated and proceeding pro se, with a copy of this Order by mail.

                                                SO ORDERED.

                                               /s/
                                      Steven M. Gold
                                      United States Magistrate Judge

Brooklyn, New York
November 29, 2016

U:\corley sanctions.docx